Adras & Altig Attorneys at Law
STEVEN M. ALTIG, ESQ.
Nevada State Bar No. 6879
601 South Seventh Street
Las Vegas, Nevada 89101
Phone: 702-385-7227
Facsimile: 702-974-3677
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:19-mj-151-CWH |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **BENCH TRIAL** |
| TEDDY COOPER, | ) | |
| | ) | |
| Defendant. | ) | (First Request) |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between NICHOLAS A. TRUTANICH, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and STEVEN M. ALTIG, ESQ., for TEDDY COOPER; that the bench trial currently scheduled for June 5, 2019, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date thereafter which is convenient to the court.

This Stipulation is entered into for the following reasons:

1. That Counsel needs additional time to potentially negotiate the case and if not they will need adequate time to prepare for trial.

2. The parties agree to the continuance.

3. The Defendant is not incarcerated and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow Counsel sufficient time within which to review the file, and possibly negotiate the case or adequately prepare for trial.

5. Denial of this request for continuance would deny Counsel sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions and notices, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excluded in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161 (h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

This is the first request to continue bench trial date filed herein.

DATED this ___4th___ day of ___June___, 2019.

By __/s/Steven M. Altig__  
    STEVEN M. ALTIG, ESQ.  
    Nevada State Bar No. 6879  
    601 South Seventh Street  
    Las Vegas, Nevada 89101  
    Attorney for Defendant

By __/s/Allison Reese__  
    NICHOLAS A. TRUTANICH, ESQ.  
    United States Attorney  
    ALLISON REESE  
    Assistant United States Attorney  
    501 Las Vegas Blvd. South, Suite 1100  
    Las Vegas, Nevada 89101  
    Attorney for Plaintiff

Adras & Altig Attorneys at Law
STEVEN M. ALTIG, ESQ.
Nevada State Bar No. 6879
601 South Seventh Street
Las Vegas, Nevada 89101
Phone: 702-385-7227
Facsimile: 702-974-3677
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TEDDY COOPER, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:19-mj-151-CWH <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** <br><br> (First Request) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel needs additional time to potentially negotiate the case and if not they will need adequate time to prepare for trial.

2. The parties agree to the continuance.

3. The Defendant is not incarcerated and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow Counsel sufficient time within which to review the file, and possibly negotiate the case or adequately prepare for trial.

5. Denial of this request for continuance would deny Counsel sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions and notices, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F) 3161(h)(7) and Title 18, United States Code, Section 3161(h)(8)(A), considering the factors under Title 18, United States Cod, Sections 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

This is the first request to continue bench trial date filed herein.

For all of the above stated reasons, the ends of justice would be best served by a continuance of the bench trial date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F) 3161(h)(7) and Title 18, United States Code, Section 3161(h)(8)(A), considering the factors under Title 18, United States Cod, Sections 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

/ / /

**ORDER**

**IT IS FURTHER ORDERED** that the bench trial currently scheduled for June 5, 2019, at the hour of 9:00 a.m., be vacated and continued to July 10, 2019 at the hour of 9:00 a.m.

DATED June 10, 2019, nunc pro tunc June 5, 2019

_____
United States Magistrate Judge